THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHALLON TAGG, individually, a Washington resident,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED PARCEL SERVICE, a Georgia corporation doing business in King County, Washington; and DEREK PEDERSEN, individually, a Washington resident,<br><br>                    Defendants. | CASE NO. C21-0307-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to remand the case to King County Superior Court (Dkt. No. 10). The Court GRANTS the motion. It is hereby ORDERED that this case be remanded to King County Superior Court under Case No. 20-2-10616-0. The Clerk is respectfully DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C21-0307-JCC
PAGE - 1

1   DATED this 11th day of March 2021.

2                                              William M. McCool
                                               Clerk of Court
3

4                                              s/Paula McNabb
                                               Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26